# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 13, 2023

## NO. 03-22-00071-CV

**Jonathan Timothy Noyes, Appellant**

**v.**

**The State of Texas for the Protection of Samantha Jo Voges, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on November 2, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.